AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) |
|---|---|
| v. | ) |
| Jonathan ALOMAR--REYES | ) Case No. 25-103 (MJ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 6, 2025__ in the county of _____ in the
_____ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a machinegun |

This criminal complaint is based on these facts:

See attached affidavit. Reviewed by: SAUSA Luis Rivera-Mendez
The United States requests that defendant be detained and moves for a three-day continuance under 18 U.S.C. § 3142(f).

☒ Continued on the attached sheet.

ADOLFO AVILES-HERNANDEZ
Digitally signed by ADOLFO AVILES-HERNANDEZ
Date: 2025.02.07 09:56:26 -04'00'

*Complainant's signature*

Adolfo Aviles-Hernandez, Special Agent ATF
*Printed name and title*

Sworn to and subscribed in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 11:00 a.m., on February 7, 2025.

Date: 02/07/2025

Digitally signed by Hon. Bruce J. McGiverin

*Judge's signature*

City and state: San Juan, Puerto Rico    Hon. Bruce J. McGiverin, US Magistrate Judge
*Printed name and title*