# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

JONATHAN ALOMAR REYES

**GOVERNMENT'S EXHIBIT LIST**

**Case Number: 25-mj-103 BJM**

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Hon. Bruce J. McGiverin | AUSA Luis Rivera Mendez | AFPD Ivan Santos |
| **Detention Date(s)** | **Court Reporter** | **Courtroom Deputy Clerk** |
| 2/11/2025 | DCR Courtroom 6 | Cristina Dones Taylor |

| GOV ID | DESCRIPTION | MARKED AS EXH NO. | DATE ADMITTED | WITNESS |
|---|---|---|---|---|
| 1 | Photo of items seized | 1 | 2/11/2025 | |
| 2 | Photo of modified firearm seized | 2 | 2/11/2025 | |
| 3 | Photo of modified firearm seized | 3 | 2/11/2025 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1