Case 3:25-cr-00077-RAM    Document 10-1    Filed 02/11/25    Page 1 of 1

