2025 FEB 13 PM 3:19
RECEIVED AND FILED
CLERK'S OFFICE USDC PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN ALOMAR-REYES<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 25- 077 (RAM)<br><br>VIOLATIONS:<br>18 U.S.C. § 922(o)<br><br>FORFEITURE<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>ONE COUNT |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Possession of a Machinegun
(18 U.S.C. § 922(o))

On or about February 6, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

JONATHAN ALOMAR-REYES,

did knowingly possess a machinegun, that is, a Glock pistol, model 23, 40mm caliber, bearing serial number: TZB833, that had been modified so that it was capable of firing more than one shot, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

United States v. Jonathan Alomar-Reyes
Indictment

## FIREARMS FORFEITURE ALLEGATION
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Upon conviction of one or more of the offenses alleged in Count One of this Indictment, defendant JONATHAN ALOMAR-REYES, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms, ammunition and magazines involved or used in the commission of those offenses, including but not limited to: one (1) Glock pistol, model 23, 40mm Caliber, bearing serial number: TZB833; three extended capacity pistol magazines; and rounds of ammunition. All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

TRUE BILL.

Date: Feb/13/2025

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes and
National Security Division

Luis Rivera-Méndez
Special Assistant United States Attorney